MITCHELL, ADMX., APPELLANT, *v.* CITY OF CLEVELAND, APPELLEE.

[Cite as Mitchell *v.* Cleveland (1988), 37 Ohio St. 3d 234.]

(No. 87-476—Submitted June 1, 1988—Decided June 29, 1988.)

*Roy M. Kaufman,* for appellant.

*Marilyn G. Zack,* law director, *Roberto H. Rodriguez, Jr.* and *Judith M. Francetic,* for appellee.

Appellant's motion to certify the record is allowed. The judgment of the court of appeals is affirmed on authority of *Sawicki* v. *Ottawa Hills* (1988), 37 Ohio St. 3d 222, 525 N.E. 2d 468.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., dissents.

DOUGLAS, J., not participating.